August 10, 2015

The Honorable Judge Reed C. O'Connor
501 W 10th Street
Fort Worth TX 76102-3673
RE: Amanda Means


Your Honor,

I would like to start by saying thank you for taking the time to read my letter, and I'm assuming a lot more letters requesting leniency for Amanda Means. My name is Reverend John Gregory and I have known Amanda for just about five years.

Amanda you will find is a very special young lady. She has what I refer to as a gift inside her. I have set back and observed Amanda with a group of her peers and she has a natural ability to find the goodness with in individuals, ability to make someone who was crying and thinking they wanted to give up on life start laughing and looking forward to their next day. It's not only with people her own age. Little ones seemed to run after her squealing with delight because she gets down on their level and plays with them. Her patience with the elderly is remarkable. She doesn't sit impatiently and listen to one of us old folks tell a silly stories that we've quite possibly all ready told several times before but seems to truly want to hear what we have to say. It's hard for me sometime now that I'm getting older, I am now a retired minister, to find the words I'm looking for but we've all heard "We are all God's children" there is no doubt this young lady defiantly is.

We also are taught and learn with good there is also bad. This would in Amanda's case be she has so much goodness within that there had to be a demon waiting to destroy all that goodness. I believe that in Amanda's case the demon comes to her in the form of drugs. Amanda has told me of her struggles in the past with drugs and her time spent trying to recover with drug rehab, narcotic anonymous meetings, and counseling. Amanda did become drug free. She became a mom, a wonderful mom. She loves her little boy Jaxson whom is now four and it is very easy to see that Jaxson loves his mommy. While sober Amanda got a job with Walgreen s. She was a Beauty Consultant and her first few months on the job she outsold not only all the other consultants at her store but she was the top salesperson in her district. First month on the job and she achieved this, I think that illustrates what I've been trying to explain about Amanda and her effect or way with other people.

Amanda has not shared the specifics of her case that is before you now but she has admitted to being guilty of wrong doing. I ask that you please take into consideration granting leniency for Amanda in the form of probation for the following reasons:She is a first time offender, she has admitted to her guilt, she has successfully overcame drugs with rehab in the passed, She has a small child who loves and needs his mommy. If probation is so granted I will be by Amanda's side to assist her in any way I can from spiritual guidance, transportation, truly anything I can do I will do it for her.


Sincerely,


Reverend John Gregory
8801 Marti Lane
North Richland Hills, TX 76182'
817-905-7352

August 25, 2015

The Honorable Judge Reed C O'Connor
501 W 10th Street
Fort Worth, TX 76102-3673
RE: Amanda Means

Your Honor,

My name is Jody Lee Rudd and I have known Amanda Means her whole life as I went to school with and have been friends with her mother for over thirty years. Starting when Amanda was just about to turn two years of age her and her mom would come over to my place every Wednesday night and have dinner and watch TV and just hang out. I've got to watch Amanda grow up over the years, I guess you could say I feel like she's family.

Amanda absolutely is a responsible young lady whom I believe is capable of living a productive life in society. She has admitted and is taking responsibility for wrong doings. I realize there is consequences for actions and we are responsible for our actions. I fear that incarceration for Amanda could be detrimental to her return to society as a productive person. I'm asking you today to consider supervised probation for Amanda.

I am willing to be there for her in the event she needs to talk or be around a positive influence and share anything I can to help her become the person I know she is. She is very sweet persona quality person without prejudice and full of compassion.

I thank you for your time and consideration reading this

Jody L Rudd
5901 CR 915
Joshua TX 76058
817-946-3340

August 18, 21015

The Honorable Reed C O'Connor
501 W 10th Street
Fort Worth TX 76102-3873

Your Honor,

My name is Tom Dunn and I have had the joy of knowing Amanda Means for about three years. When you meet her it becomes immediately evident that she has such a big heart. Not only in the way she treats others whether they are her age, younger, or older. In my case much older. She always puts others needs before her own, even when it's an inopportune time. There isn't anything I can say about Amanda that I'm sure your not hearing over and over again. Your Honor Amanda is a great human being and I truly believe that God has big plans for this girl.

I hope and pray Your Honor that you will grant Amanda probation. Amanda is a first time offender who has admitted her guilt. I believe Amanda can easily be rehabilitated out side of being locked up with supervised probation. It's my understanding that Amanda had problems with drugs in the past and was able to overcome them for many years. I know she can and will do this again. Not only for herself but for Jaxson.

Her not being able to be a part of her sons life would be such a huge loss for both of them but her not being in a free society is a big loss for all of us.

I am willing to do anything I can for her to succeed in whatever sentence she receives.

Sincerely,

Tom Dunn
3609 Berwick Lane
Beford76021
817-673-5622

September 3, 2015

The Honorable Judge Reed C O'Connor
501 W 10th Street
Fort Worth TX 76102-3673

Your Honor,

My name is Jerry Wilson and I am Amanda Means's grandfather. I've been involved in Amanda's life since the night she was born. She and her mom lived with my wife and I until Amanda was three. Amanda was our only grandchild and she spent a lot of time at our house growing up. I've seen her doing well like performing at Johnnie High Country Music Review and area Opry houses to quitting Music and running around with the wrong kids which landed her in drug rehab. She struggled a little bit in her teenage years but then was sober, working in a management position at Walgreen's and raising my great grandson Jaxson who is now four years old on her own and I think she felt as proud of herself as we were of her. Then out of nowhere it seemed came the trouble. She lost her job, her apartment, and she seemed to not be her normal self anymore. These changes are what have us before you now asking for you to please show leniency on Amanda.

My granddaughter obviously has made some very bad choices and costly decisions. She is not without blame, actually she has admitted to her wrong doings and she knows that she is going to be, and deserves to be punished for any laws in which she has broken. With that said I do pray that Your Honor finds the days that she has already been incarcerated along with supervised probation, and a drug rehabilitation program sufficient punishment. I don't believe that anyone would meet Amanda and look at her or listen to her talk and think that she was a criminal. She is a beautiful young lady who is extremely intelligent. She dresses nice, is well spoken and polite.

These things that she has allowed herself to be involved in are defiantly not what she was intended to do in life. I'm not yet sure what her life has in-store for her but I'm positive prison is not meant to be one of them. I also fear that if Amanda were to be sent to prison she would be come more hardened and start to look and act more like society's perceived ideas of what women that are incarcerated look and act like..Taking these things into consideration along with the fact she's a first time offender, and that my great grandson needs his mom in his life.

In the past Amanda was able to overcome her drug addiction by going to drug rehab and attending meetings. I know without a doubt she can once again do this. If allowed the chance to become rehabilitated threw probation I will do anything needed to insure that Amanda successfully completes her probation

Thank you for your time and consideration,


Jerry Wilson
1208 Irwin Dr
Hurst TX 76053
8175892739

August 24, 2015

The Honorable Judge Reed C. O'Connor
501 W. 10th Street
Fort Worth, Texas 76102-3673

Honorable Judge Reed C. O'Connor,

My name is Joy Janiece Wilson and I am Amanda Joy Means's grandmother. I have been involved in Amanda's life since before her birth. I was in the delivery room when she was born and it was there I held her for the first time. I watched her grow and followed her participation in such things as God's Country Kids, Texas Children's Choir and dance classes. Her pleasure from these activities diminished as she entered adolescence and became involved with a new group of friends. It was then she began having trouble with drugs. She did well for many years after her treatment until recent events that led her here. Once again I associate the changes in her choices with the people she was with, especially her choice in boyfriends. I'm not excusing her but she began a relationship that was physically and emotionally abusive and once again took the wrong path.

Amanda has not always made the choices I would have liked for her to make or that were best for her, she's made many mistakes yet I know there is good within her. She is loving, capable of much kindness, and I believe has the potential to turn her life around. Amanda has admitted her wrong doings and has now realized her actions have far reaching consequences. She hurt not only herself but her four year old son Jaxson. She has talked of wanting treatment for her drug problems and counseling to get her life back together. I know she can be successful again because she has strength and willpower when she puts her mind to it. Her previous years of being drug free show that.

Amanda is only twenty five years old and has so much potential and I dont want to see her life ruined before it has ever really begun. It is my prayer that Your Honor will grant her probation with close supervision allowing her to be a part of society and change her life. As her grandmother Amanda knows she can turn to me for support. I will provide guidance, help care for Jaxson, give her a safe haven, and encourage her in her treatment for her drug problem. I will also do everything I can to make sure she adheres to the guidelines set by the court.

I appreciate your kindness for considering this request for probation and leniency

Joy Janiece Wilson
1208 Irwin Drive
Hurst, TX 76053
817-589-2739

August 28, 2015

The Honorable Judge Reed C. O'Connor
501 W. 10th Street
Fort Worth, Texas 76102-3673


Honorable Judge Reed C. O'Connor,

I am writing on behalf of Amanda Joy Means in hopes you will consider leniency in her sentencing. I've been friends with her for approximately two years. Despite the mistakes she has made, It is my understanding that she has been honest and admitted to her involvement in this case. I believe Amanda deserves the opportunity to redirect her life because she has shown prior to this case she can be a productive member of society.  I am willing to commit myself to her success by providing transportation, child care for her son, or just be there for her if she needs someone to talk to. A probated sentence would allow Amanda to pursue a productive life while under the courts supervision. It would also allow her to remain a presence in her young son's life.

Thank you for considering my request,


Lacharr Robinson
11228 S Pipeline
Euless, TX 76040
817-569-0034

August 28, 2015

The Honorable Judge Reed C. O'Connor
501 W. 10th Street
Fort Worth, Texas 76102-3673

Honorable Judge Reed C. O'Connor,

I am writing on behalf of Amanda Joy Means . She is the daughter of my friend, Kaye, who I've known for over 30 years and I have known Amanda since birth. While I acknowledge she has made mistakes, I believe she is willing and capable of getting her life on the right track. She is bright, acknowledges that she has erred, has been honest and forthright with investigators and knows that she has much work ahead to alter her life's path. She deserves that chance and I believe a probated sentence would be the best option for her. She'd have supervision but also the opportunity to work towards a different kind of life. She also has a 4 year old son who needs his mother in his life.

After overcoming substance abuse issues in adolescence, Amanda had been a sober functioning member of society, working a full time job with advancement potential, raising her son as a single mom and living in her own apartment. She became involved in an abusive relationship and over time, I saw her judgement become more impaired. Despite the intervention of family and friends, she allowed her feelings for this individual cloud her judgement and made decisions that led her to be before you now.

As a registered nurse, I worked with psychiatric/substance abuse issues and I know they are not easily solved. Amanda has expressed her desire to participate in a treatment program and I believe she would benefit from counseling to assist her in establishing healthy boundaries in interpersonal relationships. She has a good support network within her immediate family and I would like to think I could be part of her extended support circle. I would assist her in any way I could including babysitting, exploring job/career paths, transportation to NA/probation/work, or just listening when she needs to talk.

Please consider leniency in her sentencing and allow Amanda to redirect her life. Ultimately this would not only best serve Amanda, but society as a whole.

Thank you for your attention,


Tonja D. Hammel
1228 Walker Drive
Hurst, Tx 76053
682.234.0968

8/26/15

The Honorable Judge Reed C O'Connor
501 W. 10th Street
Fort Worth, TX 76102-3673

Your Honor,

I'm writing this letter in regards to Amanda Means. My name is Alannah Bowman and I've known Amanda Means since I was a small child when we were neighbors and classmates. Our moms were friends growing up and we attended the same schools all through kindergarten to middle school and even were in the same dance class. In this time I grew to know and love her as my peer and I consider her a friend.

I understand the trouble that she is now facing and I believe that Amanda is a good person with a good heart who unfortunately got lead down a different path than most. I feel that given the wrong set of circumstances anyone of us could've easily been in the same boat. It is to my knowledge that Amanda has shown honesty when speaking of her role in this case. I believe this speaks to her character as she was always a truly honest and trustworthy person. In the years I've known Amanda Means she has always been compassionate and caring for others with a great sense of humor. I remember how she could make light of anything to keep spirits high and if you were feeling down she could pick you right up. I know that she is a loving mother to her four year old son and has always tried to provide and care for him in the best possible ways. He definitely needs his mommy in his life.

I'm certain that Amanda understands the magnitude of the situation and she regrets her decisions immensely. I would like to ask you to show her leniency in this case because I believe it would be a great injustice to incarcerate a first offender who could easily be rehabilitated outside of prison with the proper supervision through probation. I would be able to help Amanda by providing my support, helping her to find a job when released or also I could provide her son childcare so that she could find a job or work one.This is Amanda's first offense and her son especially would not benefit from her being incarcerated for a fraction more of his life. If given the opportunity of probation or reduced sentence I know that Amanda has the support system and the will to come out of this stronger and become a contributing member to society as she was before these unfortunate events.

Respectfully yours,

Alannah Bowman

817-919-9138

6520 Harmonson Rd. #3840

North Richland Hills, TX 76180

August 28, 2015

The Honorable Judge Reed C. O'Connor
501 W. 10th Street
Fort Worth, Texas 76102-3673

Honorable Judge Reed C. O'Connor,

I am writing on behalf of Amanda Joy Means in hopes you will consider leniency in her sentencing. I've known Amanda for about two years as the daughter of one of my long time friends but have come to consider her a friend as well.

I'm asking you to please consider probation for Amanda because she is a young lady who doesn't look or act like a criminal and I would worry being incarcerated could have a more harmful effect that helpful .This is also the first time she has been in trouble.

It is my understanding that she has admitted to her involvement in this case and is sorry for the trouble and pain she has caused to her family. I hope that Amanda is given the opportunity to show that she can be and wants to be a honest working individual and family member. If placed on probation she would be able to achieve these things..

I would be able to help her complete probation by providing her transportation to any meetings she is required to attend and if needed a place for her and son to stay until she gets back on her feet.

Thank you for considering my request,

Charles Baker
3501 Selk One
Fort Worth, TX 76111
817-503-5716

September 2, 2015

The Honorable Judge Reed C O'Connor
501 W 10th Street
Fort Worth TX 76102-3673


Your Honor,

Hello, my name is Payton Ross and I am Amanda's little sister. Thank you for taking the time to read this letter and hopefully it helps towards Amanda's case. I met Amanda a little over a year ago when I found out that I had an older sister. The thought of having an older sister was great at first until I finally got to meet her and get to know Amanda. Then it wasn't great. It was amazing that I had been blessed with such a wonderful, smart, beautiful, and outgoing person to come into my life. Not only come into my life but to be able to call this wonderful person my sister. As we grew closer and I really got the chance to get to know Amanda I found out some amazing stuff. Not only is she a good mother, anyone that walked into a room with her no matter what kind of mood or what they had gone through that day she made it her job to make sure they walked out with a smile on their face. Even though Amanda is only my half sister it feels like she's been my sister all my life, and I've grown to love her like she's my family.

Everyone makes mistakes in their life and this is one but I truly believe she has learned her lesson. I know Amanda is a great person and I hope you see that she truly is, just like I do. I hope that you can see that she is remorseful about the bad choices and the things she did to get her in trouble. She's never been in trouble before, and I have an awesome nephew named Jaxson that needs his mom to come home. I don't want to be selfish but Amanda and I just found each other, please don't keep her away any longer. I promise that I will remind her every day if you allow her to come home and have probation that she has to do whatever you said if she's home. So if you say she has to go to a meeting I will make sure she goes even if it causes her to get mad at me. I love her and so does every one I know, we also miss her very much. Please allow her to come home and be on probation.

Thank you again for taking time to read my letter


Payton Ross
229 Pimlico Way
Saginaw TX 76179
817-405-8786

02 September 2015

The Honorable Judge Reed C O'Connor
501 W. 10th Street
Fort Worth, TX 76102-3673
Re: Amanda Means

Your Honor,

My name is Joy Kaye Means and I am Amanda Means's mother. I am writing you today asking that you may be able to extend leniency in Amanda's case based on not only facts about her case but also some additional information about her.

Amanda has admitted her guilt and her involvement in this case. Now you have the task of deciding her future with information given to you showing her criminal behavior. I now have the task of trying to convey to you in a few words the other side of Amanda. I hope that in the short time she is before you that you are able to see what so many others have. Amanda has a light that shines so brightly within her. When she walks in a room people notice her. Not only for her obvious outer beauty but the true beauty within. She has a way of making others feel good about themselves, making people see hope when they are feeling like no one cares, making them laugh when they didn't think they had anything left to laugh about. This is true with friends, family, and as well as someone she has just met for the first time.

Amanda had struggled with drugs early in her life and overcame it with rehab and was sober for many years, then remained sober with the joy of becoming a new mom to a beautiful little boy named Jaxson Tyler who is now four years old. Amanda had made a nice life for her and Jaxson. She got her own apartment and was on her way up the company ladder at Walgreens. She was happy, independent, and proud of herself. She was living and making life for her and her son as a single mom work and work well. Jaxson's dad has had is own struggles and was at the time not around consistently. Then as I think all girls do she thought she had found her Prince and fairy tale ending in a new man. Well her fairy tale ended up with her losing her job, her apartment, and found her for the last ten months or so prior to being arrested running with the wrong people, and basically loosing everything she had worked so hard for the previous years. I'm not trying to say she's not responsible for her actions because we are all responsible for our own actions and actions come with consequences, I do however believe that with Amanda being such a trusting and caring person that she is easy prey to the type of people that live and feed off of the goodness in others. And in trying to make someone else happy and continuing to say that they loved her she in my opinion, as well as most everyone that knows her, allowed her judgment to become impaired.

As of the date of this letter Amanda has been incarcerated for almost two months. During this time I have seen her realize the consequences of her actions. Not only the effect for her own life but the lives of others especially Jaxson's. Her not being able to be apart of

1 of 2

Jaxson's everyday life and having to acknowledge that she is to blame for it has been punishment for them both.

I hope and pray that you will grant leniency in this case in the form of probation. If granted I will do whatever needed to make sure she completes her probation successfully. I believe she should be given this opportunity not only because she is a first time offender, who I know can get her life back on the right track with all the love and support of her friends and family and once again become a contributing member of society, but most importantly for a little boy who needs his mother.

Thank you for your time and consideration,


Kaye Means
1208 Irwin Dr
Hurst, TX 76053
817-521-0889